<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have caused a true and correct copy of (1) Defendants' Notice of Partial Motion to Dismiss Portions of Plaintiff's Complaint; (2) Defendants' Memorandum of Law in Support of Their Partial Motion to Dismiss Plaintiff's Complaint; and (3) Affirmation of Philip A. Goldstein in Support of Defendants' Partial Motion to Dismiss Portions of Plaintiff's Complaint, which were served on Plaintiff via ECF and also by depositing same in the United States Postal Service, properly addressed with sufficient postage affixed thereto to ensure delivery to the following:

David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
*Counsel for Plaintiff*


Dated: January 4, 2013


By: */s/ Philip A. Goldstein*
Philip A. Goldstein
*pagoldstein@mcguirewoods.com*
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
Tele: 212.548.2100
Facsimile: 212.548.2150
*Counsel for Defendants*

44851813.1