*Abrams, A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MICHAEL NIELSEN, on behalf of himself and on behalf of all other similarly-situated persons,

        Plaintiff,

v.

THE CLARKE'S GROUP, LLC d/b/a P.J. CLARKE'S, P.J. CLARKE'S AT LINCOLN SQUARE, LLC d/b/a P.J. CLARKE'S; P.J. CLARKE'S ON THE HUDSON, LLC d/b/a P.J. CLARKE'S; and ERS ENTERPRISES, INC. d/b/a P.J. CLARKE'S,

        Defendants.

------------------------------------------------------------------- x

**ECF Case**

Case No: 12 CV 8383 (RA)(KNF)

**STIPULATION**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 07 2013

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Michael Nielsen ("Plaintiff") and counsel for Defendants that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint (Dkt. No. 12) in this action is hereby extended to and including February 20, 2013. A copy of the attorneys' signatures on this Stipulation serve the same purposes as an original signature.

Dated: February 6, 2013

_____
Michael J. DiMattia
Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105
(212) 548-2100
mdimattia@mcguirewoods.com
pagoldstein@mcguirewoods.com
Attorneys for Defendants

Dated: February 6, 2013

_____
Douglas H. Wigdor
David E. Gottlieb
Michael J. Willemin
Thompson Wigdor LLP
85 Fifth Avenue
New York, New York 10003
(212) 257-6800
dwigdor@thompsonwigdor.com
dgottlieb@thompsonwigdor.com
mwillemin@thompsonwigdor.com
Attorneys for Plaintiff

_____
SO ORDERED    U.S.D.J
45589896_1         2/7/13