Michael J. DiMattia
mdimattia@mcguirewoods.com
Philip A. Goldstein
pagoldstein@mcguirewoods.com
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MICHAEL NIELSEN, on behalf of himself and on behalf of all other similarly-situated persons, | **ECF CASE** |
| Plaintiff, | Case No: 12 CV 8383 (RA)(KNF) |
| v. | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT** |
| THE CLARKE'S GROUP, LLC d/b/a P.J. CLARKE'S, P.J. CLARKE'S AT LINCOLN SQUARE, LLC d/b/a P.J. CLARKE'S; P.J. CLARKE'S ON THE HUDSON, LLC d/b/a P.J. CLARKE'S; and ERS ENTERPRISES, INC. d/b/a P.J. CLARKE'S, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, affirmation of Philip A. Goldstein, and upon all the pleadings and proceedings had herein, Defendants will move the Court before the Honorable Ronnie Abrams at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 9B, New York, New York, 10007, for an Order pursuant to F$_{ED.}$ R. C$_{IV.}$ P. 12(b)(6) granting the motion of Defendants to dismiss portions of the Amended Complaint of Plaintiff MICHAEL NIELSEN ("Plaintiff") on the grounds that portions of the Amended Complaint fail to state a claim on which relief can be granted, and for such other, further, or different relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Individual Rules and Practices in Civil Cases for Ronnie Abrams, United States District Judge, on February 14, 2013, counsel for the parties conferred via telephone to discuss Defendants' motion to dismiss and used their best efforts to resolve the matters raised in Defendants' motion to dismiss.  Counsel's telephone conversation included a discussion concerning the parties' respective position(s) on the matters raised in Defendants' motion to dismiss and whether Plaintiff wanted to amend his Amended Complaint.  Counsel for the parties were unable to resolve the issues raised in the instant motion and counsel for Plaintiff did not want to amend the Amended Complaint prior to motion practice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, Plaintiff's Answering Papers and opposing affidavits, if any, are to be served and filed by, March 6, 2013, and Defendants' reply affidavits and memoranda of law, if any, are to be served and filed by March 13, 2013.

Dated: February 20, 2013

                                        **McGUIREWOODS LLP**

By: *s/ Philip A. Goldstein*
Michael J. DiMattia
mdimattia@mcguirewoods.com
Philip A. Goldstein
pagoldstein@mcguirewoods.com
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100

Counsel for Defendants

45802147_1

2